# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>CHRISTOPHER PHERNAMBUCO,<br>    Defendant. | Case No. 2:17-cr-00059-JCM-NJK<br><br>ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL<br><br>(Docket No. 39) |

Pending before the Court is Defendant's counsel's *ex parte* motion to withdraw as counsel. Docket No. 39. For good cause shown, the Court hereby GRANTS the motion. Docket No. 39.

Additionally, the Court INSTRUCTS the Clerk's Office/CJA Administrator to appoint new counsel for Defendant for all future proceedings, as soon as possible. The Federal Public Defender shall forward the file to new counsel forthwith.

IT IS SO ORDERED.

DATED: February 23, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge